**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-0615**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | IGGYclothing 3 Store | 2 | Halozeroo panghu Store |
| 3 | KXD GlassPhoneCase Store | 4 | CLG Drop shipping Store |
| 5 | Jaypay Store | 6 | Hoodie 002 Store |
| 7 | Hepsi Crypto Store | 8 | Huashi Store |
| 9 | K18 Store | 10 | Chuang di Garments Co., Ltd. |
| 11 | BeiJingWanTongZhongTaiJianZhuYouXianGongSi | 12 | JohnAWallen |
| 13 | ggggggggds | 14 | huangdaoquguangeyuanwenjuyongpindian |
| 15 | BIG RED BEAN | 16 | laorentoushangpinyougongsi |
| 17 | HKYL | 18 | Bibonse |
| 19 | juehr | 20 | JeannaWMcCall |
| 21 | HanLinGua | 22 | henandianzhijianyiyaokejiyouxiangongsi |
| 23 | Gardeni | 24 | Larfellow |
| 25 | KOZHO | 26 | DongGuanShiDaLangXiHuanBaiHuoDian |
| 27 | HGUYGU | 28 | lasqrwho |
| 29 | Jack Owen | 30 | 5RUIANSHISHENGYOUDA |
| 31 | HYNZDXBD | 32 | Kiki Zhou |
| 33 | chongqingchongqing | 34 | jieyangkonggangquchenguozhujiancaidian |
| 35 | guangzhoufenglinmaoyiyouxian | 36 | foshanshixionghuowangluokejiyougongsi |
| 37 | Liliduo | 38 | FeiXianOuMaiLongDanGaoDian |
| 39 | hjtftyrdtygvy | 40 | fengziyanlijiadian |
| 41 | jinjiangshenshangxiefumaoyiyouxiangongsi | 42 | henankongleishangmaoyouxiangongsi |
| 43 | binchengqupengshifuzhuangjingyingbu | 44 | COOFO |
| 45 | HuiZhouShiHaoTianGangGouGongChengYouXianGongSi | 46 | JiNanFangAnYingJiKeJiFuWuYouXianGongSi |
| 47 | ekaifaqudamingfudefujishoushaojidia | 48 | Jvc S Znto |
| 49 | guangzhoushimanzhuanghuazhuangpinyougongsi | 50 | JiNanShiNaNaXinXiKeJiYouXianGongSi |
| 51 | Jichuang Mining | 52 | fdhggfdhfghfgh |
| 53 | Art Fish | 54 | Cool Pattern |
| 55 | Jessie S Land | 56 | QGLyhh |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 57 | Highmoon | 58 | Langfangshixinshijibuxingjiejizhivrenmeirongmeifa |
| 59 | HURUILANN | 60 | Invrestment |
| 61 | Fuonrm | 62 | CHrome Wing |
| 63 | gjhdjhdjd | 64 | Jooniehouse |
| 65 | guangzhoushishengluomashankpva | 66 | JiNanQuQuYouXianGongSi |
| 67 | IGxx Official Store | 68 | DARURE |
| 69 | LakeRom | 70 | GAOYANAN |
| 71 | I MISS YOU ! | 72 | isehuanbaotuliaoyousometime |
| 73 | Honey-car | 74 | AcAliA |
| 75 | LanXi-US | 76 | ju nlianxiantiaochabaihuodian |
| 77 | hefeikenjieyouxijiyouxiangongsi | 78 | GuZhaiZhenYiWuZiMenShiBu |
| 79 | Junbenwuluy | 80 | hebeiqianyakejiyouxiangongsi |
| 81 | jueshigaoshou | 82 | Colimi Co., Ltd. |
| 83 | huanglongfan shop | 84 | JiNanSuDongWuJinJiDianYouXianGongSi |
| 85 | HUEHFE | 86 | hainingshipanshangmaoyiyougongsi |
| 87 | Addones | 88 | jianhaijieteshangmaoyouxiangongsi |
| 89 | XingTangXianMeiJunBaiHuoDian | 90 | Lineweeing |
| 91 | Honsny | 92 | Jin Jiang Qu Lan Jia Shi Mu Ri Yong Pin Dian |
| 93 | GuangZhouNaShaOuHongJuYiLiaoYouXianGongSiSi | 94 | Huiqi Jiancu |
| 95 | Hanging Decorations | 96 | huyuxian |
| 97 | laozhuangma | 98 | chongqingshuoshangjianshegongchengyouxiangongsi |
| 99 | Hongzen | 100 | dongwanshiyuhemingchayougongsi |
| 101 | Leeguoyoung | 102 | Catistry |
| 103 | jjyy fly co ltd | 104 | liangqibo |
| 105 | Lily Zhang | 106 | Jamesfans |
| 107 | SB sport shoes | 108 | guangzhouchengjianzhuzhuangshigongchengyouxiangon |
| 109 | fuanshisuooudianzikejiyougongsi | 110 | Jasmin Creative Lighting |
| 111 | Jialuwj | 112 | guangzhouquanmingshangmaoyouxiangongsi |
| 113 | kuanchengquchenjunxianwenjuyongpindian | 114 | fuzhoudakuomaoyiyouxiangongsi |
| 115 | koso | 116 | Jade article |
| 117 | LIJUANCH | 118 | JESSNY RONG |
| 119 | haojiangdianzikeji | 120 | lbhus |
| 121 | Fashion Life Show | 122 | POPOYO |
| 123 | Grace-us | 124 | CHAN03 |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 125 | HuoGuangQiLiDiZhaoLiangYe | 126 | feidanjianzhucailiao1 |
| 127 | Atwain | 128 | beijingshijiweihaoshangmaoyougongsi |
| 129 | Huishuang Store | 130 | Jaimeir |
| 131 | LuoYangTangRuiShangMaoYouXianGongSi | 132 | GogoRYY |
| 133 | Jeney Rong | 134 | GuanSaiHuHaiGuoJiSheC2L5 |
| 135 | Fa cai | 136 | fengyouchen |
| 137 | Fire Fly Ltd | 138 | gostep8899 |
| 139 | gotolove5687 | 140 | hcvmw_14 |
| 141 | jackshao110 | 142 | jiajia2010121158 |
| 143 | huolongguo123 | 144 | Hong- Nan Shop |
| 145 | liaoqiang255 | 146 | Forever Socks |
| 147 | IaAdairnDoA | 148 | iuov215y0ap3pi03 |
| 149 | GoGodzillaGo | 150 | CQStars |
| 151 | IGAKE0809 | 152 | kforiotrty |
| 153 | guojinyana | 154 | ANLYCHEU |
| 155 | EmujiapanfG | 156 | liangyihao11 |
| 157 | Leary11 | 158 | Francisco Dupre |
| 159 | Kimberlycl | 160 | iuwu58 |
| 161 | Keli Owens | 162 | Greg Sonntag |
| 163 | jeya226jeya226 | 164 | Donafgfgjhd168 |
| 165 | Joseph Houck | 166 | Jeffreyoo |
| 167 | David LaBonte | 168 | Joseph Merriman |
| 169 | jsfrc | 170 | gusiqi |
| 171 | Ladytees | 172 | chenmingzhen1989 |
| 173 | Judoth Strong | 174 | Ian Blackman |
| 175 | fdiufuytffdxz | 176 | fnfvdhfgdjf |
| 177 | kw sp goods | 178 | DAZHIFANGBULUO |
| 179 | Heaven1 | 180 | Goujiayu7641 |
| 181 | huangmeng3412 | 182 | LianTingYi68235 |
| 183 | limomo1126 | 184 | huang wen shan 856356 |
| 185 | gaoliyan7758521 | 186 | karinoliki87 |
| 187 | huythongshop | 188 | cxpwgwbz |
| 189 | huchunyang4578 | 190 | BergO'Connor |
| 191 | chungnguyen | 192 | HVGUKVS |
| 193 | David Harold Holt | 194 | Jeremy-Lena |
| 195 | 9gillucas | 196 | Daisyard(i)ner |
| 197 | chengxinkai29913 | 198 | Julius Service |
| 199 | guanqingli | 200 | Jiangyu00586 |
| 201 | guolinhai1234 | 202 | Human Race Store |
| 203 | gucci shoes | 204 | hotyeezy |

| No. | Seller Aliases |
|---|---|
| 205 | jumpman shoes |
| 207 | flightclubsneakers |
| 209 | hotconcord45 |
| 211 | Kanye West YECHEIL |
| 213 | kanye1314 |
| 215 | idearhome |
| 217 | goodstarnames |
| 219 | jianghe888 |
| 221 | kanye_1sshoes |
| 223 | LCC Store |
| 225 | dhg_ad_sneakers |

| No. | Seller Aliases |
|---|---|
| 206 | Jogging350v2 |
| 208 | hgx01 |
| 210 | global_trade777 |
| 212 | kanye shoes yeezy |
| 214 | kids_runningshoes |
| 216 | lily201828 |
| 218 | justbuystars |
| 220 | jiangyan666 |
| 222 | hoouispt |
| 224 | good_sneakers |
|  |  |

| No. | Online Marketplaces |
|---|---|
| 1 | aliexpress.com/store/1627500 |
| 3 | aliexpress.com/store/5005425 |
| 5 | aliexpress.com/store/5432093 |
| 7 | aliexpress.com/store/910948057 |
| 9 | aliexpress.com/store/911302095 |
| 11 | amazon.com/s?me=A2SV48W6CZ3Y5B&marketplaceID=ATVPDKIKX0DER |
| 13 | amazon.com/s?me=A3NYP88CM7FBML&marketplaceID=ATVPDKIKX0DER |
| 15 | amazon.com/s?me=ALKKJCGAHRD2H&marketplaceID=ATVPDKIKX0DER |
| 17 | amazon.com/sp?seller=A15HU0V1ZE3UVZ |
| 19 | amazon.com/sp?seller=A1AD3SOX35HRU7 |
| 21 | amazon.com/sp?seller=A1BSGKD65KONMC |
| 23 | amazon.com/sp?seller=A1BYZWUFZAF4AP |
| 25 | amazon.com/sp?seller=A1CR0RFSOTUIQT |
| 27 | amazon.com/sp?seller=A1DPZQKH6LMCTW |
| 29 | amazon.com/sp?seller=A1GJE9QRUYF8TR |
| 31 | amazon.com/sp?seller=A1K9KZNRB0PQCI |
| 33 | amazon.com/sp?seller=A1N1DVMSE1H1RX |

| No. | Online Marketplaces |
|---|---|
| 2 | aliexpress.com/store/4583013 |
| 4 | aliexpress.com/store/5253203 |
| 6 | aliexpress.com/store/910318250 |
| 8 | aliexpress.com/store/911240149 |
| 10 | amazon.com/s?me=A26ABBJ4LFT90P&marketplaceID=ATVPDKIKX0DER |
| 12 | amazon.com/s?me=A2TAS4SJARGR4F&marketplaceID=ATVPDKIKX0DER |
| 14 | amazon.com/s?me=A3R89VCZRUY5AZ&marketplaceID=ATVPDKIKX0DER |
| 16 | amazon.com/sp?seller=A14QBEU886NR1T |
| 18 | amazon.com/sp?seller=A17B1YN9VM5R2F |
| 20 | amazon.com/sp?seller=A1BEZTFBHLSOKS |
| 22 | amazon.com/sp?seller=A1BXNNUS0X3OMF |
| 24 | amazon.com/sp?seller=A1CJZ460QPM2U2 |
| 26 | amazon.com/sp?seller=A1D2AEX4V4ZB76 |
| 28 | amazon.com/sp?seller=A1F3EMU9NGI3YO |
| 30 | amazon.com/sp?seller=A1HF7CEVDVHSQC |
| 32 | amazon.com/sp?seller=A1LNESF6XHK1UJ |
| 34 | amazon.com/sp?seller=A1NS97Y6TG1QRV |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 35 | amazon.com/sp?seller=A1P81SGFXN9ZPA | 36 | amazon.com/sp?seller=A1PAB7P19DLBE5 |
| 37 | amazon.com/sp?seller=A1SD0UK0RU4JA5 | 38 | amazon.com/sp?seller=A1SQ67978J9SSI |
| 39 | amazon.com/sp?seller=A1TKB0PN6DXZ70 | 40 | amazon.com/sp?seller=A1TSWNSL5WLXO5 |
| 41 | amazon.com/sp?seller=A1UN7JWLLTMRCE | 42 | amazon.com/sp?seller=A1VDBQ8KFERRTY |
| 43 | amazon.com/sp?seller=A1VMP8CW88OIMT | 44 | amazon.com/sp?seller=A1WFJR18RTNYK9 |
| 45 | amazon.com/sp?seller=A1YX2AXS2CPIXJ | 46 | amazon.com/sp?seller=A1YYB1P28SRJLJ |
| 47 | amazon.com/sp?seller=A1YZN8OMHSWYU3 | 48 | amazon.com/sp?seller=A22VQAJZM66B2X |
| 49 | amazon.com/sp?seller=A23WNAWZHRTMZO | 50 | amazon.com/sp?seller=A248OPDWZ9UDF5 |
| 51 | amazon.com/sp?seller=A2538UW5VNZR3X | 52 | amazon.com/sp?seller=A27247L1EUHB04 |
| 53 | amazon.com/sp?seller=A27I3WBO2K55RU | 54 | amazon.com/sp?seller=A27UK2WT8CAE59 |
| 55 | amazon.com/sp?seller=A2BYFD4FASRDZV | 56 | amazon.com/sp?seller=A2DGHOWYT536YW |
| 57 | amazon.com/sp?seller=A2DT7R234SCVNS | 58 | amazon.com/sp?seller=A2ELX3FT1WZOAY |
| 59 | amazon.com/sp?seller=A2EWX8S29TAHSL | 60 | amazon.com/sp?seller=A2FTXXQGUG1TN3 |
| 61 | amazon.com/sp?seller=A2FWONXXYCNOXU | 62 | amazon.com/sp?seller=A2HJ35V3TKFWA9 |
| 63 | amazon.com/sp?seller=A2IQAETIXBHIAC | 64 | amazon.com/sp?seller=A2IX3X3DMRRCY4 |
| 65 | amazon.com/sp?seller=A2JBRGDI6YXT4J | 66 | amazon.com/sp?seller=A2LPDD66HNVKS9 |
| 67 | amazon.com/sp?seller=A2LW7IDGZ4U9P3 | 68 | amazon.com/sp?seller=A2LW9HQKF2VFP1 |
| 69 | amazon.com/sp?seller=A2M08G0GLOSGGW | 70 | amazon.com/sp?seller=A2MAUUNMCP2PCO |
| 71 | amazon.com/sp?seller=A2NGRMAWFVIJ1Y | 72 | amazon.com/sp?seller=A2O9O4IK6Y12NS |
| 73 | amazon.com/sp?seller=A2RXLG2BEVIVA7 | 74 | amazon.com/sp?seller=A2SJT8R87IELS1 |
| 75 | amazon.com/sp?seller=A2VY1JGD8BL0YK | 76 | amazon.com/sp?seller=A2W5FQ1KRIN6NF |
| 77 | amazon.com/sp?seller=A2X54TJMUC92J8 | 78 | amazon.com/sp?seller=A2XIBTMG7LEUF5 |
| 79 | amazon.com/sp?seller=A2XQNGBBRSSLLC | 80 | amazon.com/sp?seller=A2Y3XNH0UQ7HI2 |
| 81 | amazon.com/sp?seller=A2YJZC0VDT80T2 | 82 | amazon.com/sp?seller=A31MU0NTR8EAPC |

| No. | Online Marketplaces | No. | Online Marketplaces |
| --- | --- | --- | --- |
| 83 | amazon.com/sp?seller=A32AOTTNA8YOMA | 84 | amazon.com/sp?seller=A33DJTKFQB5SC8 |
| 85 | amazon.com/sp?seller=A346X4S7JA9MLM | 86 | amazon.com/sp?seller=A34IXF1QW3DY2J |
| 87 | amazon.com/sp?seller=A370RV54MRHEAI | 88 | amazon.com/sp?seller=A37311AIO61AX3 |
| 89 | amazon.com/sp?seller=A37BVNWMA4YIWS | 90 | amazon.com/sp?seller=A37KJXPUJID0J5 |
| 91 | amazon.com/sp?seller=A37OR6MHZ9KNKS | 92 | amazon.com/sp?seller=A380WV6CKK7VNA |
| 93 | amazon.com/sp?seller=A3DSUNS7OS9UFX | 94 | amazon.com/sp?seller=A3F1MQSFUYJH62 |
| 95 | amazon.com/sp?seller=A3FR7LRJMVB27P | 96 | amazon.com/sp?seller=A3GDRLXP9HRC47 |
| 97 | amazon.com/sp?seller=A3HMFL85PN15Q5 | 98 | amazon.com/sp?seller=A3IUMQJ2JNCT4W |
| 99 | amazon.com/sp?seller=A3IY99KQPLL0UJ | 100 | amazon.com/sp?seller=A3J49WCEO3VMJU |
| 101 | amazon.com/sp?seller=A3MB7G9ST43D7P | 102 | amazon.com/sp?seller=A3NCR7794P41F3 |
| 103 | amazon.com/sp?seller=A3O1W0CJDS9C6P | 104 | amazon.com/sp?seller=A3OCAMF7MVOCWL |
| 105 | amazon.com/sp?seller=A3PDF1GUF5HXZ8 | 106 | amazon.com/sp?seller=A3Q4HGHE2450UH |
| 107 | amazon.com/sp?seller=A3RGYLPIE1G7WP | 108 | amazon.com/sp?seller=A3SHTESLQ2LCQ5 |
| 109 | amazon.com/sp?seller=A3TESW55338R1Q | 110 | amazon.com/sp?seller=A3U6VK7SKWFL0J |
| 111 | amazon.com/sp?seller=A3U9ABDAI0W3BC | 112 | amazon.com/sp?seller=A3VDYQO04RT21J |
| 113 | amazon.com/sp?seller=A52L8PMH2EFOO | 114 | amazon.com/sp?seller=A5GLTC230ZVXU |
| 115 | amazon.com/sp?seller=A7SRW02KLI8UC | 116 | amazon.com/sp?seller=A7UNKVZ075FXF |
| 117 | amazon.com/sp?seller=A9CIDIY2V1RRV | 118 | amazon.com/sp?seller=AB7A5QXGPHJJX |
| 119 | amazon.com/sp?seller=ABVSWZ0XAT7SJ | 120 | amazon.com/sp?seller=ACGQ9UOJ4JTME |
| 121 | amazon.com/sp?seller=ACISQ4LE61U0E | 122 | amazon.com/sp?seller=AE7ADDCL0CKYT |
| 123 | amazon.com/sp?seller=AF2FBVI78X4XD | 124 | amazon.com/sp?seller=AFK2BC1RC4ZRN |
| 125 | amazon.com/sp?seller=AHHJPAYTG27O9 | 126 | amazon.com/sp?seller=AIWYX0BS683CB |
| 127 | amazon.com/sp?seller=AJJ079VRC19OB | 128 | amazon.com/sp?seller=AJLXAKKZAF1W2 |
| 129 | amazon.com/sp?seller=AOVVEHPGW4JB | 130 | amazon.com/sp?seller=AQEWVSDHQTVOI |
| 131 | amazon.com/sp?seller=AS904KCLXWK66 | 132 | amazon.com/sp?seller=ASWEZSUXNFN0F |
| 133 | amazon.com/sp?seller=ATGB70T0EUXSM | 134 | amazon.com/sp?seller=AVI7UZGLBJ4AO |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 135 | amazon.com/sp?seller=AVPZHL3KBBC8U | 136 | amazon.com/sp?seller=AWF6WTN7XRTGX |
| 137 | amazon.com/sp?seller=AX288D8M6FS0V | 138 | ebay.com/usr/gostep8899 |
| 139 | ebay.com/usr/gotolove5687 | 140 | ebay.com/usr/hcvmw_14 |
| 141 | ebay.com/usr/jackshao110 | 142 | ebay.com/usr/jiajia2010121158 |
| 143 | wish.com/merchant/579a0e6ecff6ed3f61e4d691 | 144 | wish.com/merchant/59310c7197555e2243e19bb1 |
| 145 | wish.com/merchant/5ad04099cd968d11ed1eec0d | 146 | wish.com/merchant/5b62745fd90f991ac1739586 |
| 147 | wish.com/merchant/5d3c41f072b0c945211ea300 | 148 | wish.com/merchant/5d99a478c095e112f99988a0 |
| 149 | wish.com/merchant/5da08b6c87db963a6fcc9bb4 | 150 | wish.com/merchant/5dac596fc1f7e807005c4221 |
| 151 | wish.com/merchant/5ddf38d384f1840289bf8fb1 | 152 | wish.com/merchant/5e620cfc240c920c49467801 |
| 153 | wish.com/merchant/5e6899509145ad6984973083 | 154 | wish.com/merchant/5e692e852fb13fe1340a92ed |
| 155 | wish.com/merchant/5e6b4451151d5672faccc99d | 156 | wish.com/merchant/5e719cd1f1d2103e0a01d89f |
| 157 | wish.com/merchant/5e732c51d1de5a38829f320a | 158 | wish.com/merchant/5e8835815a8fce77564a8a95 |
| 159 | wish.com/merchant/5e883c0ea7d6493c40da72b7 | 160 | wish.com/merchant/5e8ad16102e0171d8086cc57 |
| 161 | wish.com/merchant/5e8d156a64a64040d3468a18 | 162 | wish.com/merchant/5e8ee97fb63f82831dd5c6ce |
| 163 | wish.com/merchant/5e903610d9de517ad748e3da | 164 | wish.com/merchant/5e9080bb3795e5b7ff68708a |
| 165 | wish.com/merchant/5e955f8d65a1790b3afc9538 | 166 | wish.com/merchant/5e957c3cb3ec20228409b255 |
| 167 | wish.com/merchant/5e96c5716d2a2d1eaa2add40 | 168 | wish.com/merchant/5e9706cecb00310e010ac7d4 |
| 169 | wish.com/merchant/5e995288826c6c62828e74c1 | 170 | wish.com/merchant/5ebdfa0855f3cf004ba69611 |
| 171 | wish.com/merchant/5efb55d53ff9571c40c134f1 | 172 | wish.com/merchant/5f42445729e78653ad0587d3 |
| 173 | wish.com/merchant/5f4528d33560ecb55b506807 | 174 | wish.com/merchant/5f452ff129e7862c53491412 |
| 175 | wish.com/merchant/5f59d42faa971d2285de36d2 | 176 | wish.com/merchant/5f5db0ee6a356fe02d097704 |
| 177 | wish.com/merchant/5f5ed8f02a1af41ddca6c6bc | 178 | wish.com/merchant/5f62f0e8817609bf051ec024 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 179 | wish.com/merchant/5f65d306f1cd9c3283f466ef | 180 | wish.com/merchant/5f697c5cb7c58b59c172264d |
| 181 | wish.com/merchant/5f8bf46ceaac35cb01c84f94 | 182 | wish.com/merchant/5f8e52a97a46cd1672957422 |
| 183 | wish.com/merchant/5f8ec1bc909abfd74a96ca81 | 184 | wish.com/merchant/5f8fc2696129096aeaca7053 |
| 185 | wish.com/merchant/5f90f33fe5068438c0ed63ad | 186 | wish.com/merchant/5f94715f976f8ae0cc5750a2 |
| 187 | wish.com/merchant/5fa16ed8752f1a32cadf7043 | 188 | wish.com/merchant/5fa8e19c77cf91141678f376 |
| 189 | wish.com/merchant/5fa8e37000c0bb5a9e7f1442 | 190 | wish.com/merchant/5fb19d053852e8586bfdca2e |
| 191 | wish.com/merchant/5fb35a25a6ccb63b9dd73e60 | 192 | wish.com/merchant/5fb4422998dae0423f5c0ecb |
| 193 | wish.com/merchant/5fb5bfe61901a80c7f12218f | 194 | wish.com/merchant/5fbaba42f2f602268f818e42 |
| 195 | wish.com/merchant/5fbabaca14a5d220c61c2aac | 196 | wish.com/merchant/5fbabc79fcb8201e7bee5f7e |
| 197 | wish.com/merchant/5fc7233ecd0672d2eba64ce7 | 198 | wish.com/merchant/5fc83da99887ae03b8043a7c |
| 199 | wish.com/merchant/5fd81ecf80764625c5bfc824 | 200 | wish.com/merchant/5fd82211d82ca22b977de83a |
| 201 | wish.com/merchant/5fd83096e1f2051f6ec5d073 | 202 | dhgate.com/store/20255281 |
| 203 | dhgate.com/store/20645345 | 204 | dhgate.com/store/20921858 |
| 205 | dhgate.com/store/20925617 | 206 | dhgate.com/store/20929371 |
| 207 | dhgate.com/store/21153316 | 208 | dhgate.com/store/21203668 |
| 209 | dhgate.com/store/21208465 | 210 | dhgate.com/store/21210959 |
| 211 | dhgate.com/store/21266156 | 212 | dhgate.com/store/21443404 |
| 213 | dhgate.com/store/21520208 | 214 | dhgate.com/store/21544639 |
| 215 | dhgate.com/store/21551610 | 216 | dhgate.com/store/21557028 |
| 217 | dhgate.com/store/21561002 | 218 | dhgate.com/store/21572343 |
| 219 | dhgate.com/store/21578218 | 220 | dhgate.com/store/21578474 |
| 221 | dhgate.com/store/21584215 | 222 | dhgate.com/store/21584975 |
| 223 | dhgate.com/store/21587572 | 224 | dhgate.com/store/21604455 |
| 225 | dhgate.com/store/21619169 | | |