IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>IGGYCLOTHING 3 STORE, et al.,<br><br>       Defendants. | Case No. 21-cv-00615<br><br>**Judge Gary Feinerman**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on May 4, 2021 [49], in favor of Plaintiff Nike, Inc. ("Nike" or "Plaintiff") and against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) per Defaulting Defendant for willful use of counterfeit Nike Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Nike acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| HKYL | 17 |
| Lily Zhang | 105 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 7th day of May 2021.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ RiKaleigh C. Johnson
　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　RiKaleigh C. Johnson
　　　　　　　　　　　　　　　　　　Jake M. Christensen
　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　rjohnson@gbc.law
　　　　　　　　　　　　　　　　　　jchristensen@gbc.law

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Nike, Inc.*